**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **WINFRED CLOWERS,** | : | |
| Petitioner | : | |
| v. | : | CASE NO. 7:11-CV-193 (HL) |
| **BRUCE CHATMAN,** | : | |
| Respondent | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 13) filed August 17, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Court notes that Petitioner filed two motions for an extension of time, both of which were granted by the Magistrate Judge. However, Petitioner failed to file any objections to the Magistrate Judge's Recommendation within the time given.

**SO ORDERED,** this the 1st day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**